# No: 03-14-00665-CV

## IN THE COURT OF APPEALS FOR
## THE THIRD JUDICIAL DISTRICT OF TEXAS

**ERIC DRAKE**

*Plaintiff–Appellant*

v.

**TRAVELERS, ET AL**
*Defendant–Appellee*

FILED
January 15, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

## ON APPEAL FROM THE 200TH DISTRICT COURT
## TRAVIS COUNTY TEXAS

### TRIAL COURT NUMBER: D-1-GN-14-001215

### Motion for Extension to File Brief of Appellant Eric Drake

**Eric Drake**
**Pro-Se**
**Appellant**
**PO Box 833688**
**Richardson, Texas 75083**
**214-477-9288**

RECEIVED

JAN 1 5 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

## APPELLANT ERIC DRAKE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO HONORABLE JUSTICES OF SAID COURT:

Appellant Eric Drake respectfully requests that the Court extend the time to file his brief in the above reference cause of action.

Drake requests a motion to continue because Appellant requested on October 27, 2014 of Rhonda Watson of the 353rd Judicial District Court in Travis Country, Texas that she prepare the August 19, 2014 Defendant Willing motion to declare Appellant as a vexatious litigant. That record has not been filed with this Court. Appellant spoke with the clerk of this Court on January 12, 2015 and he confirmed that the Recorders Record of the hearing of Judge Charles Ramsay was not in the Court's record. Appellant cannot complete his brief without the aforementioned recorders record.

Appellant must have a complete record in order to properly plea and argue his case before this Court. Drake respectfully requests that the Court orders the court reporter Ronda Watson and the trial courts clerk of court to file the "Recorders Records" of the hearing before Judge Charles Ramsey that was conducted on August 19, 2014, declaring Appellant as vexatious. Drake believes that this Court and the trial court are treating him wrongfully

**APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF      PAGE 1**

on account of his race and there will be litigation filed before this case is decided. Appellant believes that he has been discriminated and conspired against.

WHEREFORE, APPELLANT, ERIC DRAKE respectfully requests the Court to grant his extension of time to file his briefs in cause number: 03-14-00665-CV until March 1, 2015, to cover any further actions by the trial court to purposely delay filing the correct documents in the Courts record to impede the Appellant's brief. Appellant therefore file his motion for extension of time.

Respectfully submitted:

Eric Drake
PO Box 25565
Dallas, Texas 75225
214-477-9288

## CERTIFICATION OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing document has been delivered to the defendant's/appellees through their attorney of record via US Mail on this the 12th day of January 2015.

_____
Eric Drake

## CERTIFICATION OF CONFERENCE

I ERIC DRAKE, Appellant, on this the 11th day of January 2015, certify that I attempted to make contact with Kristina Kastl, and on January 12, 2015 on two occasions to conference with her regarding this motion, however, she has failed to respond. Likewise, I attempted to conference with Scot Graydon, his secretary hung up the telephone and when I called back she had an attitude. Appellant left yet another message on Mr. Graydon's voice mail with no avail. On January 12, 2015, attempted to contact David Harris, and Appellant was told that he is not employed there. On January 12, 2015, I contacted Frank Waite and he responded; he is unopposed to the motion. Thus, I file this motion with the Court for its decision and ruling.

_____
Eric Drake

Eric Drake
PO Box 833688
Richardson, Texas 75083

January 12, 2015

Jeffrey D. Kyle
Clerk of Court
Third Court of Appeals
PO Box 12547
Austin, Texas 78711

RE: *In re Eric Drake, Cause Number: 03-14-00665-CV*

Dear Honorable Kyle:

Please find my second motion for extension of time to file my original brief because unfortunately as we conference over on January 12, 2015, the recorders record which I requested of the August 19, 2014 hearing before Judge Charles Ramsay has not been filed with the Court. This is the most important document in the case.

Please order the clerk of court and Rhonda Watson to file this recorders record into the Court's record so I can finish my brief. Ms. Watson has already transcribed the record but has refused to file it into your court's records. I cannot brief this case without the recorders record for the January 12, 2014 hearing before Charles Ramsay. Please stamp file the enclosed copy and return to me. Thank you.

If there are any questions or comments please contact me at the above address, or by telephone at: 214-477-9288 or by email at: emike899@gmail.com

Yours truly,

Eric Drake

RECEIVED
JAN 15 2015
THIRD COURT OF APPEALS
JEFFREY D KYLE

082708_EM_EP13F OCT 2008

# EXPRESS MAIL

## Flat Rate Mailing Envelope

For Domestic and International Use

EB 323615907 US

Please Rush To Addressee

home or office at usps.com/pickup

Print postage online - Go to usps.com/posto

PLEAS.

PRESS HARD. *YOU ARE MAKING 3 COPIES.*

Place

PRESS FIRMLY

**ORIGIN (POSTAL SERVICE USE ONLY)**

Day of Delivery ☐ Next ☐ 2nd ☐ 2nd Day
Postage $ 14.91

Date Accepted 01-12-15
Scheduled Date of Delivery
Return Receipt Fee

Month Day 1-12-15
Scheduled Time of Delivery ☐ Noon ☐ 3 PM
COD Fee $

Time Accepted 2:54 ☐ AM ☐ PM
Military ☐ 2nd Day ☐ 3rd Day
Insurance Fee $ 8.99

Flat Rate ☐ or Weight
Int'l Alpha Country Code
Total Postage & Fees $

lbs. ozs.
Acceptance Emp. Initials

**FROM: (PLEASE PRINT)** PHONE (        )

P.O. Box 833688
Richardson, TX. 7508

MPO WINDOW
JAN 12 2015
TX-75200

**FOR PICKUP OR TRACKING**
Visit **WWW.usps.com**
Call 1-800-222-1811

## EXPRESS MAIL

UNITED STATES POSTAL SERVICE

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt Time ☐ AM ☐ PM
Employee Signature

Mo. Day Time ☐ AM ☐ PM
Employee Signature

Delivery Date Time ☐ AM ☐ PM

**CUSTOMER USE ONLY**
PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

☐ WAIVER OF SIGNATURE

**TO: (PLEASE PRINT)** PHONE (        )

3rd Court of Appeals
Clerk of Court
209 West 14th St
Room 101
Austin, TX. 78701

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
7 8 7 0 1 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

recycle.

Post Office To Addressee
Mailing Label
Label 11-B, March 2004 (PS Form 2976, or 2976A).

affix c    s declarations
rmationally

JAN 13 2015

Delivered to Wrong Address
1-13-15

$19.99
U.S. POSTAGE
PAID
DALLAS, TX
75234
Amount
JAN 13 15

1007

**ENVELOPE POSTAGE REQUIRED.**

USPS packaging products have been awarded Cradle to Cradle Certification for their ecologically-intelligent design. For more information go to mbdc.com/usps

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Express Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; Oct. 2008; All rights reserved.